UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AYLISH SHIPPING N.V., ATLAS GRUP
DENICILIK AND INTERESTED
UNDERWRITERS,

                     Plaintiffs,

              - against -

SHANGHAI COSFAR INT'L SHIPPING CO.
LTD.,

                     Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/09

09 Civ. 8766 (RMB)

**ORDER**

       The Court has received and reviewed Plaintiffs' Verified Complaint, dated October 15, 2009, and accompanying documentation. In light of the recent decision by the United States Court of Appeals for the Second Circuit in <u>The Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.</u>, Nos. 08-3477-cv, 08-3758-cv (2d Cir. Oct. 16, 2009), Plaintiffs' application for Process of Maritime Attachment and Garnishment appears not to demonstrate that Defendant's property can be found within this district. It is hereby

       **ORDERED** that the action be, and the same hereby is, discontinued; **provided, however,** that Plaintiff may apply by letter on or before October 26, 2009 (noon), showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED.**

Dated: New York, New York
        October 19, 2009

                                        RMB
                            _____
                            RICHARD M. BERMAN, U.S.D.J.